UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRITTANY COBB, | ) | |
| 6483 Pennsylvania Avenue | ) | |
| District Heights, Maryland 20747, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:15-cv-226 |
| | ) | |
| WASHINGTON METROPOLITAN AREA | ) | |
| TRANSIT AUTHORITY (WMATA), | ) | |
| 600 Fifth Street, N.W. | ) | |
| Washington, D.C. 20001-2693 | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF REMOVAL**

Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA"), by and through its counsel, Bonner Kiernan Trebach & Crociata, LLP, and pursuant to 28 U.S.C. §§ 1441 and 1446, and D.C. Code §9-1107.01(81) (2001), hereby removes the above-captioned matter to this Court.  The grounds for removal are set forth below.

**Nature of Plaintiff's Claim**

1.      On or about January 21, 2015, Plaintiff BRITTANY COBB ("Cobb") filed the above action against WMATA in the Superior Court of the District of Columbia under Case No. 15-CA-371.  Defendant WMATA was served with process through its registered agent on or about January 21, 2015.  In accordance with 28 U.S.C. § 1446(a), true and correct copies of the Complaint, Summons, and Initial Order and Addendum are attached hereto as Exhibit A.

2.      The Complaint alleges that Plaintiff sustained injuries while a passenger on a Yellow Line subway train on January 12, 2015.

3.      The Complaint asserts three counts: Negligent Maintenance, Inspection, Repair & Failure to Warn (Count I); Negligent Creation of a Defect (Count II); and Negligent Response Time (Count III).

## Procedural Posture

4.      This Notice of Removal is filed within thirty (30) days after service of the Summons and Complaint, and is therefore timely.  See 28 U.S.C. § 1446(b).

## Jurisdiction and Venue

5.       This is a civil action over which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code 9-1107.01, Section 81, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title.  Any such action initiated in a State Court shall be removable to the appropriate District Court in the manner provided by Act of June 25, 1948, as amended [28 U.S.C. §1446].

6.      Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated her lawsuit.

7.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court of the District of Columbia, and served along with written notice on Plaintiff's counsel of record.  A copy of the Notice to the Clerk of Removal is attached hereto as Exhibit B.

8.      No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant WASHINGTON AREA METROPOLITAN TRANSIT AUTHORITY hereby removes the above-captioned matter, in its entirety, to this Court.

DATED this 17th day of February, 2015.

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP

/s/ **William H. White Jr.**

Barry D. Trebach, Esquire (DC Bar No. 358975)
Joseph J. Bottiglieri, Esquire (DC Bar No. 418523)
William H. White Jr., Esquire (DC Bar No. 461341)
Nimalan Amirthalingam, Esquire (DC Bar No. 485117)
Matthew H. Johnson, Esquire (DC Bar No. 502942)
1233 20th Street, NW
8th Floor
Washington, DC  20036
Tel.: 202-712-7000
Fax: 202-712-7100
Email: btrebach@bonnerkiernan.com
Email: jbottiglieri@bonnerkiernan.com
Email: wwhite@bonnerkiernan.com
Email: namirthalingam@bonnerkiernan.com

Kathleen A. Carey, Esquire (DC Bar No. 357990)
*Chief Counsel-Torts*
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001
Tel.: 202-962-1496
Fax: 202-962-2550
Email: kcarey@wmata.com

Brendan H. Chandonnet, Esquire (DC Bar No. 986719)
*Assistant General Counsel*
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

600 Fifth Street, NW
Washington, DC 20001
Tel.: 202-962-2805
Fax: 202-962-2550
Email: bchandonnet@wmata.com
***Counsel for Defendant***
***Washington Metropolitan Area Transit Authority***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF REMOVAL was provided via first class mail, this 17th day of February 2015, to:

Darlene C. Jackson, Esq.
1220 L Street, NW, Suite 100
Washington, DC  20005
**_Counsel for Plaintiff_**
**_Brittany Cobb_**

/s/ **_William H. White Jr._**
William H. White Jr.